Gmail   Steinberg & Associates, Esqs. <sa@lawsteinberg.com>

## U.S. Bankruptcy Court, Eastern District of New York - Returned Mail Notice, In re: Maria Chronos, Case Number: 24-42100, ess, Ref: [p-214001379]

1 message

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>   Fri, Jun 7, 2024 at 2:58 PM
To: SA@lawsteinberg.com

Notice of Returned Mail to Debtor/Debtor's Attorney

June 7, 2024

From: United States Bankruptcy Court, Eastern District of New York

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Maria Chronos, Case Number 24-42100, ess

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
1
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

TJX Rewards Mastercard
SYNCB/TJX Co. DC.
Philadelphia, PA

*(signature)*

Signature of Debtor or Debtor's Attorney

THE UPDATED ADDRESS IS:

TJX REWARDS/SYNCB
P.O. BOX 669 819
Dallas, TX 75266-0773

6/7/24

Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1: | **Maria Chronos** | | Social Security number or ITIN: xxx-xx-0829 | |
| | First Name  Middle Name  Last Name | | EIN: __-_____ | |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN: ____ EIN: __-_____ | |
| United States Bankruptcy Court: | Eastern District of New York | | Date case filed for chapter: | 7  5/20/24 |
| Case number: | 1-24-42100-ess | | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline        10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Maria Chronos | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 37-15 24th Avenue<br>Astoria, NY 11103 | |
| 4. | **Debtor's attorney**<br>Name and address | Herbert Noel Steinberg<br>Steinberg & Assoc<br>80-02 Kew Gardens Road<br>Suite 300<br>Kew Gardens, NY 11415 | Contact phone (718) 263-2922<br><br>Email: SA@lawsteinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Debra Kramer<br>Debra Kramer, PLLC<br>10 Pantigo Road<br>Suite 1<br>East Hampton, NY 11937 | Contact phone (516) 482-6300<br><br>Email:<br>dkramer@kramerpllc.com;trustee@kramerpllc.com |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline**       page 1

Debtor **Maria Chronos**  Case number 1-24-42100-ess

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 271-C Cadman Plaza East, Suite 1595 <br> Brooklyn, NY 11201-1800 | Hours open: <br> 9:00 am – 4:30 pm Monday–Friday <br><br> Contact phone (347) 394-1700 <br><br> Date: 5/20/24 |
| **7. Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | June 27, 2024 at 10:30 AM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> For additional meeting information go to https://www.justice.gov/ust/moc | Location: <br><br> Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 421 655 0672, and Passcode 6019615054, OR call 1 631 954-5002 |
| **8. Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> You must file a complaint: <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> You must file a motion: <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). <br><br> **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 8/26/24** <br><br><br><br><br><br><br><br><br><br> **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline**  page 2

STATE OF NEW YORK, COUNTY OF                                  ss.:
I, the undersigned, an attorney admitted to practice in the courts of New York State,

☐ **Certification By Attorney**   certify that the within                        has been compared by me with the original and found to be a true and complete copy.

state that I am                , the attorney(s) of record for                ,

☐ **Attorney's Affirmation**   , in the within action; I have read the foregoing and know the contents thereof; the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters, I believe it to be true. The reason this verification is made by me and not by the

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
Dated:

..................................................
THE NAME SIGNED MUST BE PRINTED BENEATH

STATE OF NEW YORK, COUNTY OF                                  ss.:
I, the undersigned, being duly sworn, depose and say: I am

☐ **Individual Verification**   in the action; I have read the foregoing and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

the          of          a          corporation and a party in the within action; I have read the foregoing          and know          the

☐ **Corporate Verification**   contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

..................................................
THE NAME SIGNED MUST BE PRINTED BENEATH

STATE OF NEW YORK, COUNTY OF QUEENS    ss.:
I, the undersigned, being duly sworn, say. I am not a party to the action, am over 18 years of age and reside/have offices at

On June 7, 2024 I served the within   **NOTICE OF CORRECTED ADDRESS OF CREDITOR LISTED ON ORIGINAL PETITION AND NOTICE OF CHAPTER 7 BANKRUPTCY CASE**
by:

☒ **Service By Mail**   by mailing a copy to each of the following person(s) at the last known address set forth after each name below.

☐ **Personal Service on Individual**   by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as a *party therein:*

☐ **Service by Electronic Means**   by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ **Overnight Delivery Service**   by dispatching a copy by overnight delivery to each of the following persons at the last known set forth after each name below.

To: TJX Rewards/SYNCB
P.O. Box 669819
Dallas, TX 75266-0773

Sworn this 7 day of June, 2024

_____
Notary Public
HERBERT NOEL STEINBERG
Notary Public, State of New York
Registration #02ST4723540
Qualified in Nassau County
Commission Expires August 31, 20 26

_____
EMILY VEYRA-HALEY

========== NOTICE OF ENTRY ==========

PLEASE take notice that the within is a true copy of a

duly entered in the office of the clerk of the within named Court on

Dated:

Yours, etc.
## STEINBERG & ASSOCIATES

*Attorneys for:* **MARIA CHRONOS** *-Debtor*

*Office and Post Office Address*
**1129 Northern Blvd., Suite 402**
**Manhasset, New York 11030**

To

========== NOTICE OF SETTLEMENT ==========

PLEASE take notice that an

of which the within is a true copy will be presented for settlement to the Hon.

one of the Judges of the within named Court, at

on

Dated:

Yours, etc.
## STEINBERG & ASSOCIATES

*Attorneys for:*

*Office and Post Office Address*
**1129 Northern Blvd., Suite 402**
**Manhasset, New York 11030**

TO:

Case No.: 1-24-42100    Chapter 7
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

**IN RE:**

**MARIA CHRONOS,**
                                        Debtor

**NOTICE OF CORRECTED ADDRESS OF CREDITOR LISTED ON ORIGINAL PETITION AND NOTICE OF CHAPTER 7 BANKRUPTCY CASE**

Signature (Rule 130-1.1-a)

Herbert Noel Steinberg, Esq.

## STEINBERG & ASSOCIATES
Attorneys and Counselors at Law

*Attorneys for:* **MARIA CHRONOS**-*Debtor*
*Office and Post Office Address, Telephone*

**1129 Northern Blvd., Suite 402**
**Manhasset, New York 11030**
TEL: *(718) 263 – 2922*

To

Service of a copy of the within is hereby admitted.

Dated: